UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                                                      CASE NO:        07-01441-5-ATS

NANCO CUSTOM HOMES, INC.                                                    CHAPTER 7

       DEBTOR(S)

REPORT OF UNCLAIMED FUNDS UNDER
BANKRUPTCY RULE 3011

Under Bankruptcy Rule 3011, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim No. | Name and Last Known Address of Claimant | Amount of Dividend |
|---|---|---|
| 7 | North Carolina Building Company, LLC<br>Wm C. Smith Jr., Manning Fulton etal<br>P. O. Box 20389<br>Raleigh, NC  27619-0389 | $1,212.40 |
| 9 | American Residential Svrs LLC<br>c/o William C. Smith Manning Fulton<br>P. O. Box 20389<br>Raleigh, NC  27619-0389 | $1,457.24 |

DATED: July 9, 2010

/s/ Joseph N. Callaway
Joseph N. Callaway
Chapter 7 Trustee
P. O. Box 7100
Rocky Mount, NC  27804-0100
(252) 937-2200

Attachment:  1 Check

cc:  Bankruptcy Administrator